Filed 4/11/16  P. v. Ceballos CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE, <br><br> Plaintiff and Respondent, <br><br> v. <br><br> SAUL RAUL CEBALLOS, <br><br> Defendant and Appellant. | 2d Crim. No. B265976 <br> (Super. Ct. No. 2014036131) <br> (Ventura County) |

Saul Raul Ceballos pled guilty to burglary of an automobile.  (Pen. Code, § 459.)  He also admitted that he had suffered two prior Nevada convictions that constitute "strikes" within the meaning of the Three Strikes law.  (§§ 667, 1170.12.)  He moved to have the strikes stricken pursuant to *People v. Superior Court (Romero)* (1996) 13 Cal. 4th 497.

At sentencing the trial court struck one of the strikes.  It sentenced Ceballos to the two year middle term, doubled to four years because of the remaining strike.  The court imposed a $300 restitution fine and $1,000 restitution.

We appointed counsel to represent Ceballos in this appeal.  After counsel's examination of the record, he filed an opening brief raising no issues.

On November 3, 2015, we advised Ceballos by mail that he had 30 days within which to personally submit any contentions or issues he wished to raise on appeal.  We received no reply.

We have reviewed the entire record and are satisfied Ceballos' attorney has fully complied with his responsibility, and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.

We concur:


YEGAN, J.


PERREN, J.

2.

Patricia M. Murphy, Judge

Superior Court County of Ventura

_____


Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent